IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONTEMPORARY PERSONNEL, INC. : | |
| : | CIVIL ACTION |
| Plaintiff : | |
| : | NO. 09-00187 |
| vs. : | |
| : | |
| GODIVA CHOCOLATIER, INC. : | |
| : | |
| Defendant : | |

## ORDER

AND NOW, this 6th day of August, 2009, it is hereby ORDERED that the Motion of the Defendant to Dismiss [Doc. #3] is GRANTED.

The Complaint is DISMISSED WITH PREJUDICE.

The Clerk shall mark this case closed for statistical purposes.

BY THE COURT:

_/s/ Thomas M. Golden_
THOMAS M. GOLDEN, J.

FILED
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk